**Order entered January 20, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01223-CV

### IN THE INTEREST OF D.C., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-20-00985-W**

### ORDER

Before the Court is the Department's January 18, 2023 unopposed motion for a one-week extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 25, 2023.

/s/　BONNIE LEE GOLDSTEIN
　　　JUSTICE